■ LORRAINE LORDIGYAN, Respondent, v. HAIG LORDIGYAN, Appellant.— Motion by appellant to dispense with printing of exhibits on appeal. Motion granted to the extent of dispensing with printing of defendant's exhibits " B ", " C ", " D ", " E " and " F "; the originals to be submitted upon the argument of the appeal. In all other respects, motion denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ ARNOLD MALKAN, as a Stockholder of GENERAL INSTRUMENT CORPORATION, Suing on Behalf of Himself and All Other Stockholders of Said Corporation and for the benefit and in the Right of Said Corporation, Appellant, v. HERMAN FIALKOV et al., Respondents, et al., Defendant.— Motion by respondent General Instrument Corporation to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before June 15, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ MARY McGINNIS, Appellant, et al., Plaintiff, v. GRAND UNION Co., Defendant-Respondent and Third-Party Plaintiff. CAREFUL HOUSE AND WINDOW CLEANING COMPANY, Third-Party Defendant-Respondent.— Motion by third-party defendant-respondent to dismiss appeal denied, with $10 costs. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ GEORGE S. Moss, Appellant, v. ROY M. CARSTAIRS, Respondent, et al., Defendants. ROY M. CARSTAIRS, Respondent, v. GEORGE S. Moss et al., Appellants.— Motion by appellant Moss for reargument of his motion to amend the caption so as to include additional parties, denied as academic in view of decision of Court of Appeals rendered March 30, 1961 (9 N Y 2d 824). Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE VINCENT ANNUNZIATA, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BROOKS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LEVINE, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. PIAZZA, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANUEL RUIZ, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.